# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 21, 2020

160594(51)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ERICK ROSEAN ALLEN,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160594
COA: 343225
Macomb CC: 17-243894-FH

On order of the Chief Justice, the third motion of defendant-appellant to extend the time for filing his supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before November 2, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 21, 2020



Clerk